No. 127. BACON SERVICE CORPORATION *v.* FRED C. HUSS, CAPTAIN OF THE FRESNO COUNTY TRAFFIC SQUAD. Error to the Supreme Court of the State of California. Submitted December 5, 1927. Decided December 12, 1927. *Per Curiam.* The writ of error is dismissed on the authority of § 237 of the Judicial Code as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. *Jett Bros. Distilling Co.* v. *City of Carrollton,* 252 U. S. 1, 5, 6. Treating the writ of error as an application for certiorari, the certiorari is denied for want of a

substantial Federal question on the authority of *Schmolke* v. *O'Brien, Chief of Police,* 273 U. S. 646; *Dorchy* v. *Kansas,* 272 U. S. 306, 308; *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Town of Graham,* 253 U. S. 193, 195; *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668, 671. *Messrs. Jeremiah F. Sullivan* and *Theodore M. Stuart* for plaintiff in error. *Messrs. U. S. Webb* and *Frank L. Guerena* for defendant in error.